# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | | |
|---|---|---|---|
| Todd Smith-Bunge, | ) | COURT MINUTES - CIVIL | |
| | ) | BEFORE: Leo I. Brisbois | |
| Plaintiff, | ) | U.S. Magistrate Judge | |
| | ) | | |
| vs. | ) | Case No: | Civ. No. 13-2736 (ADM/LIB) |
| | ) | Date: | February 20, 2015 |
| Wisconsin Central, Ltd., a corporation, | ) | Court Reporter: | |
| | ) | Courthouse: | Duluth |
| Defendant. | ) | Courtroom: | 3 |
| | ) | Time Commenced: | 3:40 p.m. |
| | | Time Concluded: | 4:00 p.m. |
| | | Sealed Hearing Time: | 0 |
| | | Time in Court: | 0 Hours & 20 Minutes |

Telephone Conference: **Status Conference**

APPEARANCES:
    Plaintiff:    Jeff R. Dingwall
    Defendant:    Noah G. Lipschultz

PROCEEDINGS:

[X]  Status conference regarding settlement.

s/Victoria L. Miller<br>Judicial Assistant