# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNEAPOLIS

| | |
|---|---|
| Todd Smith-Bunge, | Court File No. 0:13-cv-02736-ADM-LIB |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| Wisconsin Central, Ltd., a corporation, | |
| Defendant. | |

Based on the agreement of the parties, it is hereby stipulated that the above-captioned matter is dismissed in its entirety, with prejudice and without costs to either party.

Stipulated to:

Dated: March 16, 2015
        __s/*Jeff R. Dingwall*_____
        Jeff R. Dingwall
        **LAW OFFICE OF JEFF R. DINGWALL, PLC**
        402 West Broadway, Suite 400
        San Diego, CA 92101
        TEL: (619) 796-3464
        FAX: (619) 717-8762
        jeff@jrdingwall.com

        James Lavoie
        **LINDELL & LAVOIE, LLP**
        2420 Centre Village
        431 South Seventh Street
        Minneapolis, MN 55415
        TEL: (612) 339-8811
        FAX: (612) 349-6806
        lavoie@lindellandlavoie.com

        C. Kiel Garella
        **GARELLA LAW, P.C.**
        409 East Boulevard
        Charlotte, NC 28203
        TEL: (980) 321-7933
        FAX: (704) 990-6734
        kiel@gljustice.com

**ATTORNEYS FOR PLAINTIFF**

Dated: March 16, 2015    s/*Noah G. Lipschultz*
    Holly M. Robbins (#260381)
    hrobbins@littler.com
    Noah G. Lipschultz
    nlipschultz@littler.com
    Jodie F. Weinstein (#0334492)
    jweinstein@littler.com
    **LITTLER MENDELSON, P.C.**
    1300 IDS Center
    80 South 8th Street
    Minneapolis, MN 55402.2136
    Telephone: 612.630.1000

**ATTORNEYS FOR DEFENDANT WISCONSIN CENTRAL LTD.**