# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

Todd Smith-Bunge,  )
  )
            Plaintiff,  )
  )
v.  )    Case No. 0:13-cv-2736-ADM-LIB
  )
Wisconsin Central, Ltd.,  )
a corporation,  )
  )
            Defendant.  )

## ORDER DISMISSING CASE WITH PREJUDICE

The Court, having reviewed and considered the Stipulation of Dismissal with Prejudice filed March 16, 2015 and signed by both parties, ORDERS that the above-captioned matter is dismissed in its entirety, with prejudice and without costs to either party.

LET JUDGMENT BE ENTERED ACCORDINGLY.


So ORDERED this 16th day of March, 2015.


    s/Ann D. Montgomery
    ANN D. MONTGOMERY
    UNITED STATED DISTRICT JUDGE